IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
DENNIS J. RICHARDS : CASE NO.  4:04 CV 2127
 :
                    Plaintiff :
 :
       -vs- :
 :
 :
 :
 :
UNUM LIFE INSURANCE COMPANY : MEMORANDUM OF OPINION AND
OF AMERICA : ORDER ADOPTING REPORT AND
                    Defendant   RECOMMENDATION AND GRANTING
  PLAINTIFF'S MOTION TO REMAND
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This case is before the Court on plaintiff's motion to remand the case to state court (Doc. #59) filed on behalf of Dennis J. Richards.  The Court referred this matter to United States Magistrate Judge Nancy A. Vecchiarelli for a report and recommendation ("R&R").  Magistrate Judge Vecchiarelli filed her R&R decision on 20 February 2009, recommending that the court should remand this case to state court for further proceedings and dismiss Richards' motion to strike UNUM's opposition as moot.

      Neither party has objected to the Magistrate Judge's report and recommended decision.  Therefore, the Court will assume the parties are satisfied with the Report's conclusion.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v.

<u>Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's report and recommended decision is adopted and the case will be remanded to the Mahoning County Court of Common Pleas.

IT IS SO ORDERED.

                                                  /s/Lesley Wells
                                         UNITED STATES DISTRICT JUDGE

Dated: <u>10 March 2009</u>